Form cxdsch23

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Anner L Hines
1852 South Springfield
Chicago, IL 60623
SSN: xxx−xx−6517 EIN: N.A.

Case No. :   13−01340
Chapter :   13
Judge :   Janet S. Baer

## NOTICE OF CHAPTER 12 OR 13 CASE CLOSED
## WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

☐ Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☒ Debtor has not certified that all domestic support obligations due have been paid.

☐ Receipt of Previous Discharge

☐ Other:

FOR THE COURT

Dated: December 10, 2014

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court